IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH INSTAGRAM ACCOUNTS YFG.HUNCHO AND HUNCHO2LITT STORED AT A PREMISES CONTROLLED BY META PLATFORMS | Case No. 24-26- N <br><br> Filed Under Seal |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding META PLATFORMS, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to destroy or tamper with evidence or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that META PLATFORMS shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that META PLATFORMS may disclose the attached subpoena to an attorney for METAPLATFORMS for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed for 120 days unless the United States seeks an extension.

January 25, 2024
Date

KATHERINE P. NELSON
United States Magistrate Judge